B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

In re   MARSUE K PAYNE   ,   Case No.   12-41431

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC
Name of Transferee

CAPITAL ONE, N.A.
Name of Transferor

Name and Address where notices to transferee should be sent:
PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC
POB 41067
NORFOLK, VA 23541

Court Claim # (if known):   20
Amount of Claim:   424.10
Date Claim Filed:   11/09/2012

Phone:   877-829-8298
Last Four Digits of Acct #:   1426

Phone:
Last Four Digits of Acct. #:   1426

Sellers Address
CAPITAL ONE, N.A.
1680 Capital One Drive
McLean, VA 22102

Name and Address where transferee payments should be sent (if different from above):
Portfolio Recovery Associates, LLC
POB 12914
NORFOLK, VA 23541

Phone:   877-829-8298
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Dolores Garcia   Date:   4/16/2013
Transferee/Transferee's Agent
Bankruptcy_Info_@portfoliorecovery.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit 1 to
Receivable Sale Agreement dated April 4, 2013

BILL OF SALE

Closing Date: April 9, 2013

Capital One, National Association ("Seller"), in consideration of a Purchase Price of ▮ and other valuable consideration, the receipt of which is hereby acknowledged, hereby sells, assigns and transfers all right, title and interest in the Accounts identified in the Sale File entitled ▮ (which may be in electronic form) to Portfolio Recovery Associates, LLC ("Buyer"), without recourse or representation except as expressly provided herein or on the terms, and subject to the conditions, set forth in the Agreement (as defined below).

This Bill of Sale is delivered pursuant to that certain Receivable Sale Agreement, dated as of April 4, 2013, by and between Seller and Buyer (the "Agreement"). All capitalized terms used, but not defined, in this Bill of Sale shall have the meanings assigned to such terms in the Agreement.

The Cutoff Date for the Sale File was April 1, 2013. The aggregate Account Sale Balance of the Accounts as of the Cutoff Date was ▮

CAPITAL ONE,
NATIONAL ASSOCIATION

By: _____
Name: John Maurer
Title: Vice President